# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2014

## NO. 03-13-00080-CV

**Appellants, Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC// Cross-Appellants, East Avenue Property Owners' Association, Inc. and UP Austin Holdings, LP and UP Austin Land Holdings, LP**

**v.**

**Appellees, UP Austin Holdings, LP; UP Austin Land Holdings, LP; and East Avenue Property Owners' Association, Inc.// Cross-Appellees, Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the trial court judgment signed on November 30, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment.

> We **affirm** the portion of the trial court's judgment invalidating the December 2011 special assessment by East Avenue Property Owners' Association, Inc. (the POA) and the portion denying the POA's counterclaims against UP Austin Holdings, LP and UP Austin Land Holdings, LP (collectively, UP Austin) for payment of the special assessment and attorney's fees.

> We **reverse** the trial court's judgment to the extent it invalidates the October 25, 2011 and August 17, 2012 amendments to the Amended and Restated Declaration

of Covenants, Conditions, and Restrictions based on a finding of minority oppression and vacate the permanent injunction against UP-32nd Street, LLC; we **render** judgment that UP Austin take nothing on its minority-oppression claim.

We further **reverse** the trial court's judgment denying the unjust-enrichment claims of UP-32nd Street LLC, Central Austin Apartments, LLC, and UP-32nd Street Hospitality, LLC (collectively, the Owners) and render judgment that the POA shall refund the amounts the Owners paid pursuant to the invalid December 2011 assessment as follows:  $515,792 to UP-32nd Street, LLC; $291,972 to Central Austin Apartments, LLC; and $279,701 to UP-32nd Street Hospitality, LLC, plus interest from the date of this judgment.

We further **reverse** the portion of the trial court's judgment concerning (1) UP Austin's request for appointment of a receiver under Tex. Bus. Orgs. Code § 11.404, (2) UP Austin's and the Owners' claims for attorney's fees, and (3) the award of conditional post-judgment and appellate attorney's fees to UP Austin; we **remand** those claims and issues to the trial court for further proceedings not inconsistent with this Court's opinion.

Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.